# — EXHIBIT A —

Sheppard, Mullin, Richter & Hampton LLP
c/o Cyberscout
P.O. Box 3826
Suwanee, GA 30024

Sheppard

[redacted]

October 2, 2026

**Re: Notice of Data Breach**

[redacted]:

We are writing to inform you of a recent security incident. Please read this notice carefully, as it provides you with information on what happened and what we are doing, as well as information on how you can obtain complimentary credit monitoring and identity protection services.

**What happened?**

Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") is a law firm which obtained information about you in connection with legal services it provided to its clients. On August 31, 2026, a single Sheppard attorney was the victim of a sophisticated social engineering event which resulted in the unauthorized disclosure of certain documents to an unknown third-party. The incident was limited to this individual, and there was no unauthorized access to or compromise of the firm's systems or network.

We became aware of the incident on September 1, 2026 and immediately launched a comprehensive investigation. As part of that investigation, we engaged a third-party forensic firm and other third-party experts to assist us in investigating what happened and what data may have been impacted. At the same time, we notified law enforcement and worked to further augment our security posture.

**What personal information was involved?**

Sheppard has been conducting a thorough and time-intensive analysis of the impacted files to determine what personal information they contained and to whom that information belongs. We recently determined that your personal information was contained in one of the files impacted in the incident. Specifically, your [redacted] were in an impacted file.

**What we are doing?**

Sheppard takes this matter very seriously. Though our investigation has not revealed evidence of any fraudulent use of your personal information, we want to provide you with information you can use to proactively take steps to protect yourself and your information.

We are offering you complimentary 24-month membership for credit monitoring and identity theft protection services through TransUnion. This free service provides you with Triple Bureau Credit Monitoring, a TransUnion Credit Report, Proactive Fraud Assistance, Identity Protective Services, and $1,000,000 in Identity Theft Insurance. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

To enroll in Credit Monitoring services at no charge, please log on to https://bfs.cyberscout.com/activate and follow the instructions provided. When prompted please provide the following unique code to receive services: [redacted]. The enrollment requires an internet connection and e-mail account and may not be available to minors under 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity. You must enroll by December 31, 2026, to receive these services.

Sheppard has also taken additional steps to reinforce our security practices and is actively reviewing our systems and policies to assess what enhanced security monitoring and controls may be necessary to mitigate the risk of similar incidents in the future.

**What you can do:**

Though we have no evidence that any of your personal information has been fraudulently used, in addition to enrolling in the free credit monitoring and identity restoration services being offered to you at no charge, we encourage you to take the following precautions:

- It is always a good idea to remain vigilant against threats of identity theft or fraud and to regularly review and monitor your account statements and credit history for any signs of unauthorized transactions or activity.
- If you ever suspect that you are the victim of identity theft or fraud, you can contact your local police.

Additional information about how to protect your identity is contained in Attachment A.

**For more information:**

We take very seriously the security and privacy of your information. A dedicated call center is also being set up to answer your questions about this incident. You may call it toll free at +1-833-516-9867, Monday through Friday 8 a.m. to 8 p.m. ET (excluding major U.S. holidays).

Sincerely,

Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071
(213) 620-1780

**Attachment A – More Information about Identity Protection**

**INFORMATION ON OBTAINING A FREE CREDIT REPORT**

U.S. residents are entitled under U.S. law to one free credit report annually from each of the three major credit bureaus. To order your free credit reports, visit www.annualcreditreport.com or call toll-free +1 (877) 322-8228.

**INFORMATION ON IMPLEMENTING A FRAUD ALERT OR SECURITY FREEZE**

You can contact the three major credit bureaus at the addresses below to place a fraud alert on your credit report. A fraud alert indicates to anyone requesting your credit file that you suspect you are a possible victim of fraud. A fraud alert does not affect your ability to get a loan or credit. Instead, it alerts a business that your personal information might have been compromised and requires that business to verify your identity before issuing you credit. Although this may cause some short delay if you are the one applying for the credit, it might protect against someone else obtaining credit in your name.

A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing, or other services. A credit reporting agency may not charge you to place, temporarily lift, or permanently remove a security freeze.

To place a fraud alert or security freeze on your credit report, you must contact the three credit bureaus below:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| Consumer Fraud Division | Credit Fraud Center | TransUnion LLC |
| P.O. Box 740256 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA 190222000 |
| (888) 378 8228 | (888) 397 3742 | (888) 909 8872 |
| www.equifax.com | www.experian.com | www.transunion.com |

To request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security Number;
3. Date of birth;
4. If you have moved in the past five (5) years, the addresses where you have lived over those prior five years;
5. Proof of current address such as a current utility bill or telephone bill; and
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.).

You may also contact the U.S. Federal Trade Commission ("FTC") for further information on fraud alerts, security freezes, and how to protect yourself from identity theft. The FTC can be contacted at 600 Pennsylvania Avenue, NW Washington DC 20580; telephone +1 (877) 382-4357; or www.consumer.gov/idtheft.

**Contacting the Internal Revenue Service:** If you believe you are the victim of tax fraud or that somebody has filed or accessed your tax information, you should immediately contact the IRS or state tax agency as appropriate. For the IRS, you can use Form 14039 https://www.irs.gov/pub/irs-pdf/f14039.pdf). You can also call them at 800-908-4490 (Identity Theft Hotline). Information on how to contact your state department of revenue to make similar reporting may be found by going to http://www.taxadmin.org/state-tax-agencies.

**IRS Identity Protection PIN:** The IRS offers an Identity Protection PIN, which is a six digit number that prevents someone else from filing a tax return using your Social Security number. The Identity Protection PIN is known only to you and the IRS. For more information and to obtain an Identity Protection PIN, please visit the IRS website at https://www.irs.gov/identity-theft-fraud-scams/get-an-identity-protection-pin.

**ADDITIONAL RESOURCES**

Your state attorney general may also have advice on preventing identity theft, and you should report instances of known or suspected identity theft to law enforcement, your state attorney general, or the FTC.

**District of Columbia residents:** The District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, D.C. 20001; +1 (202) 727-3400; and www.oag.dc.gov.

**Colorado and Illinois residents:** You may obtain information from the Federal Trade Commission and the credit reporting agencies about fraud alerts and security freezes.

**Iowa Residents:** The Attorney General can be contacted at Office of Attorney General of Iowa, Hoover State Office Building, 1305 E. Walnut Street, Des Moines, Iowa 50319; +1 (515) 281-5164; www.iowaattorneygeneral.gov.

**Maryland residents:** The Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; +1 (410) 528-8662 or +1 (888) 743-0023; and https://www.marylandattorneygeneral.gov/

**Massachusetts residents:** You have the right to obtain any police report filed in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it.

**North Carolina Residents:** The Attorney General can be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; +1 (877) 566-7226 (Toll-free within North Carolina); +1 (919) 716-6400; or www.ncdoj.gov. You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit bureaus directly to obtain such additional report(s).

**New Mexico Residents:** You have rights under the federal Fair Credit Reporting Act (FCRA), which governs the collection and use of information pertaining to you by consumer reporting agencies. For more information about your rights under the FCRA, please visit https://www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0096-fair-credit-reporting-act.pdf or www.ftc.gov.

**New York Residents:** The Attorney General can be contacted at the Office of the Attorney General, The Capitol, Albany, NY 12224-0341; +1 (800) 771-7755; or www.ag.ny.gov. You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit bureaus directly to obtain such additional report(s).

**Rhode Island residents:** The Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; and +1 (401) 274-4400. Under Rhode Island law, individuals have the right to obtain any police report filed in regard to this incident. Fees may be required to be paid to the consumer reporting agencies. There are approximately 29 Rhode Island residents that may be impacted by this incident.

**For Arizona, California, Iowa, Montana, Washington and West Virginia residents:** You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit bureaus directly to obtain such additional report(s).