NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, Illinois 60611
2261 Market St., Suite 22946
San Francisco, CA 94114
Telephone: (872) 263-1100
agunem@straussborrelli.com
ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PENA-EMILIA WILLIAMS

Plaintiff(s),

v.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Defendant(s)

CASE NUMBER:

2:26-cv-11730

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff PENA-EMILIA WILLIAMS or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff PENA-EMILIA WILLIAMS | Named Plaintiff in this lawsuit |
| Defendant SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Named Defendant in this lawsuit |

October 7, 2026
Date

/a/ Andrew G. Gunem
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MANUEL ALEJANDRO DE LA GARZA