Andrew G. Gunem (No. 354042)
Carly M. Roman (No. 349895)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
2261 Market St., Suite 22946
San Francisco, CA 94114
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com
croman@straussborrelli.com

*Attorneys for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **SAMANTHA CALLENS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**,<br><br>Defendant. | Case No. 2:26-cv-11730-WLH-DSR<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Rule 83-1.3.1, Plaintiff Samantha Callens ("Plaintiff") hereby provides notice of a related case currently pending in the United States

District Court for the Central District of California. In support, Plaintiffs state as follows:

1. On October 7, 2026, Plaintiff Pena Emilia Williams filed her putative class action against Sheppard, Mullin, Richter & Hampton LLP ("Defendant"), No. 2:26-cv-11730-WLH-DSR with claims arising from the alleged data breach that impacted Defendant on or around August 31, 2026. On November 2, 2026, Plaintiff Pena Emilia Williams filed an amended complaint adding Samantha Callens as Plaintiff, and removing Pena Emilia Williams as Plaintiff. ECF No. 12.

2. On October 15, 2026, Plaintiff Damon Abacherli filed an overlapping putative class action against Defendant with claims arising out of the same alleged data breach that impacted Defendant on or around August 31, 2026. That case is stylized as *Abacherli v. Sheppard, Mullin, Richter & Hampton LLP,* No. 2:26-cv-12033-CV-RAO (the "*Abacherli* Action").

3. On October 19, 2026, Plaintiff Mario Cinko also filed an overlapping putative class action against Defendant with claims arising out of the same alleged data breach that impacted Defendant on or around August 31, 2026. That case is stylized as *Cinko v. Sheppard, Mullin, Richter & Hampton LLP,* No. 5:26-cv-06176-SSS-ACCV (the "*Cinko* Action").

4. The three Related Actions should be related because they satisfy the requirements of Local Rule 83-1.3.1(a–c).

5. ***First*,** Local Rule 83-1.3.1(a) is satisfied because the *Callens, Abacherli,* and *Cinko* cases "arise from the same or a closely related transaction,

happening, or event[.]" Specifically, all three cases arise from the same data breach that impacted Defendant on or around August 31, 2026.

6. ***Second***, Local Rule 83-1.3.1(b) is satisfied because *Callens, Abacherli,* and *Cinko* cases "call for determination of the same or substantially related or similar questions of law and fact" including (i) whether or not Defendant was negligent; (ii) whether or not Defendant breached implied contractual agreements; (iii) whether or not Plaintiffs and the putative class suffered injuries; etc.

7. ***Third***, Local Rule 83-1.3.1(c) is satisfied because adjudication of the *Callens, Abacherli,* and *Cinko* cases by different judges would result in "substantial duplication of labor" because all three cases share the same overlapping putative class and questions of law and fact.

Thus, Plaintiffs respectfully request that the Court find that the *Callens, Abacherli,* and *Cinko* cases are related pursuant to Local Rule 83-1.3.1.

Date: November 3, 2026

Respectfully submitted,

By: */s/ Andrew G. Gunem*

Andrew G. Gunem (No. 354042)
Carly M. Roman (No. 349895)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
2261 Market St., Suite 22946
San Francisco, CA 94114
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com
croman@straussborrelli.com

*Attorneys for Plaintiffs and Proposed Class*